# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MITCHELL,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>ERIC JACKSON,<br><br>　　　　　　　　Respondent. | CASE NO. 3:20-cv-05623-JLR-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**, the habeas petition is denied, and the case is closed. A certificate of appealability shall issue. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated December 1, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION - 1