UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MITCHELL,<br><br>               Petitioner,<br>     v.<br><br>ERIC JACKSON,<br><br>               Respondent. | CASE NO. C20-5623JLR<br><br>ORDER |

This matter comes before the court on remand from the Ninth Circuit. (*See* 9th Cir. Order (Dkt. # 24).) On December 1, 2020, the court adopted Magistrate Judge J. Richard Creatura's report and recommendation recommending that the court deny Petitioner James Mitchell's 28 U.S.C. § 2254 petition for a writ of habeas corpus and entered a judgment denying Mr. Mitchell's petition. (*See* R&R (Dkt. # 11); 1/1/20 Order (Dkt. # 14); Judgment (Dkt. # 15).) Mr. Mitchell appealed the court's denial of his habeas petition. (Not. of Appeal (Dkt. # 16).) While the appeal was pending, Mr. Mitchell's counsel moved to voluntarily dismiss the appeal because Mr. Mitchell had

ORDER - 1

passed away.  (*See* 9th Cir. Order.)  The Ninth Circuit granted Mr. Mitchell's counsel's motion to dismiss, dismissed Mr. Mitchell's appeal as moot, and remanded the case to this court "for further proceedings as may be required, including vacatur of prior orders and dismissal of the petition as moot."  (*Id.* (first citing *McMann v. Ross*, 396 U.S. 118 (1969) (per curiam); and then citing *United States v. Orona*, 987 F.3d 892, 893 (9th Cir. 2021)).)

Pursuant to the Ninth Circuit's remand order, the court VACATES its prior order (Dkt. # 14) and judgment (Dkt. # 15) denying Mr. Mitchell's habeas petition, DISMISSES Mr. Mitchell's habeas petition (Dkt. # 1) as moot, and DIRECTS the Clerk to close this case.

Dated this 18th day of February, 2022.

JAMES L. ROBART
United States District Judge